# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱

### EASTERN DISTRICT OF WISCONSIN

BARRY M. JENKINS,

        Petitioner,

   v.

FLOYD MITCHELL, Warden,
Milwaukee County Correction Facility,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 11-C-1086

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Jenkins's petition for a writ of habeas corpus be and hereby is **DISMISSED**;

    **IT IS FURTHER ORDERED** that a certificate of appealability be and hereby is **DENIED**;

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

Approved:     s/ William E. Callahan, Jr.
                WILLIAM E. CALLAHAN, JR.
                United States Magistrate Judge

Dated this 25th day of June 2012, at Milwaukee, Wisconsin.

                JON W. SANFILIPPO
                Clerk

                s/K. Hubacz
                Deputy Clerk