# United States District Court
## EASTERN DISTRICT OF WISCONSIN

BARRY M. JENKINS,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 11-C-1086

FLOYD MITCHELL, Warden,
Milwaukee County Correction Facility,

        Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Jenkins's petition for a writ of habeas corpus be and hereby is **DISMISSED**;

**IT IS FURTHER ORDERED** that a certificate of appealability be and hereby is **DENIED**;

**IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

Approved:   s/ William E. Callahan, Jr.
                  WILLIAM E. CALLAHAN, JR.
                  United States Magistrate Judge

Dated this 25th day of June 2012, at Milwaukee, Wisconsin.

                  JON W. SANFILIPPO
                  Clerk

                  s/K. Hubacz
                  Deputy Clerk